### STATE v. JAMES ABSON BROWN.

#### (Filed 23 September, 1964.)

APPEAL by defendant from *May, Special Judge,* March 9, 1964, Session of CRAVEN.

Defendant was tried in Craven Superior Court on a bill of indictment charging that defendant, on June 29, 1963, in said county, "unlawfully and willfully did drive a motor vehicle upon the public highways of North Carolina while under the influence of intoxicating liquor and narcotic drugs," etc. The jury returned a verdict of guilty as charged. Thereupon, the court pronounced judgment in which a prison sentence was imposed but suspended on specified conditions. Defendant appealed.

*Attorney General Bruton and Deputy Attorney General McGalliard for the State.*

*Charles L. Abernethy, Jr., for defendant appellant.*

PER CURIAM. The evidence, when considered in the light most favorable to the State, was sufficient to require submission to the jury and to support the verdict; and careful consideration of each of defendant's assignments of error fails to disclose any error of law for which a new trial should be awarded. The determinative issue was one of fact; and, after a trial free from prejudicial error, the jury, upon conflicting evidence, resolved the crucial issue against defendant.

No error.